In the Matter of the Judicial Settlement of the Account of Proceedings of SARSFIELD H. LAVELLE, as Executor of the Last Will and Testament of ANNA E. SHIELDS, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Wagner, JJ.

WILLOUGHBY H. BUTEAU, Respondent, v. FREDERICK J. NAEGELI, Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $1,218.76; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell, Finch, McAvoy and Wagner, JJ.

C. LAWSON PIERSON, Respondent, v. CLOUGH-BOURNE CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Wagner, JJ.

HELEN S. STEINER, Respondent, v. HOWARD IRVING STEINER, Appellant.— Judgments so far as appealed from affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and McAvoy, JJ.

HENRY G. INGERSOLL, Respondent, v. WILLIAM A. F. SMITH, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Wagner, JJ.

CATHERINE B. VALLELY, Respondent, v. MORTON SEIDEMAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Wagner, JJ.

MICHAEL J. BOSAK, JR., Appellant, v. MORRIS L. PARRISH and Others, Individually and as Copartners, etc., Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date of the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

MARY J. BRADFORD, Respondent, v. A. SILZ, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

WILLIAM MAAS and Others, Appellants, v. FRANCIS SULLIVAN and Others, Respondents, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

ERNEST HELLER, Appellant, v. CHAS. H. LEVITT & CO., INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

ALFRED SCOGNAMILLO, Appellant, v. THREE HUNDRED & FIFTY WEST THIRTY-EIGHTH STREET COMPANY, INC., Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

FANNIE DRAZNER, as Administratrix, etc., of SARAH SHNEERMAN, Deceased, Appellant, v. JOHN J. LEVBARG, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to vacate notice of examination denied as